JS 45 (01/2009)

FILED UNDER SEAL PURSUANT TO THE E-GOVERNMENT ACT OF 2002

# REDACTED

## Criminal Case Cover Sheet                                                                 U.S. District Court

**Place of Offense:**              Under Seal: Yes ___ No X      Judge Assigned: HILTON

City ___                 ___ Superseding Indictment       Criminal Number: 1:12cr 424

County/Parish Fairfax       Same Defendant     X   New Defendant ___

Magistrate Judge Case Number  1:12MJ_____   Arraignment Date: ___

Search Warrant Case Number ___

R 20/R 40 from District of ___

Related Case Name and No: ___

**Defendant Information:**

Juvenile — Yes ___ No X   FBI # ___

Defendant Name: JOSHUA BRADY       Alias Name(s) ___

Address: Petersburg, VA 23803

Employment: ___

Birth date 1986   SS# 0597   Sex M  Def Race White   Nationality ___   Place of Birth ___

Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___

Interpreter: X No ___ Yes List language and/or dialect: ___   Automobile Description ___

**Location Status:**

Arrest Date ___

X  Already in Federal Custody as of   August 17, 2012   in  ED VA, Richmond

___ Already in State Custody     ___ On Pretrial Release      ___ Not in Custody

X  Arrest Warrant Requested      ___ Fugitive            ___ Summons Requested

___ Arrest Warrant Pending       ___ Detention Sought        ___ Bond ___

**Defense Counsel Information:**

Name: ___           ___ Court Appointed     Counsel conflicted out: ___

Address: ___         ___ Retained           ___

Telephone: ___        ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA  Adam Schwartz    Telephone No:  (703) 299-3700    Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**

Jeffrey O'Donnell, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

|  | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 912 | False Impersonation | 1 | Felony |
| Set 2 | 18 U.S.C. § 2113(a) | Attempted Bank Robbery | 2-4 | Felony |
| Set 3 |  |  |  |  |

(May be continued on reverse)

Date: 9/25/12  Signature of AUSA: ___